IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) GRAND JURY 19-3 |
| JOHN DOE 2010R03793 | ) |
| | ) **UNDER SEAL** |
| | ) |
| | ) |

**ORDER**

By Order dated August 20, 2019, the Court ordered Jeremy Hammond to testify and provide other information in the above-captioned grand jury proceeding. On September 10, 2019, Mr. Hammond filed a Motion and Memorandum of Law in Support of an Order to Show Cause as to Why the Government's Writ Summoning Testimony and this Court's Immunity Compulsion Order Should Not be Quashed, Stayed, or Vacated (the "Motion"). Upon consideration of the Motion, it is hereby

ORDERED that a hearing on Jeremy Hammond's Motion and Memorandum of Law in Support of an Order to Show Cause as to Why the Government's Writ Summoning Testimony and this Court's Immunity Compulsion Order Should Not be Quashed, Stayed, or Vacated be, and the same hereby is, scheduled for **Wednesday, September 11, 2019 at 4:00 p.m.**

The Clerk is directed to forward a copy of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 10, 2019