IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Grand Jury 19-3 |
| | ) | Case No. 1:19-dm-50 |
| JOHN DOE 2010R03793 | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| | ) | |

## ORDER

On September 11, 2019, the Court held an under seal hearing on Jeremy Hammond's Motion and Memorandum of Law in Support of an Order to Show Cause as to Why the Government's Writ Summoning Testimony and this Court's Immunity Compulsion Order Should Not be Quashed, Stayed, or Vacated [Doc. No. 1] (the "Motion"). Upon consideration of the Motion, the opposition thereto, and the arguments of counsel at the September 11, 2019 hearing, it is hereby

ORDERED that Jeremy Hammond's Motion and Memorandum of Law in Support of an Order to Show Cause as to Why the Government's Writ Summoning Testimony and this Court's Immunity Compulsion Order Should Not be Quashed, Stayed, or Vacated [Doc. No. 1] be, and the same hereby is, DENIED; and it is further

ORDERED that Jeremy Hammond is directed to appear and testify before the grand jury on Thursday, September 12, 2019 at 2:00 p.m.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 11, 2019