IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Grand Jury 19-3 |
| | ) | Case No. 1:19-dm-50 |
| JOHN DOE 2010R03793 | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| | ) | |

## ORDER

By Order dated September 11, 2019, the Court directed Jeremy Hammond to appear and testify before the grand jury on Thursday, September 12, 2019 at 2:00 p.m. [Doc. No. 10]. On September 12, 2019, Mr. Hammond appeared before the grand jury as directed but objected to and refused to answer seven of the questions that were posed to him. On September 12, 2019, the Court held an under seal hearing on Mr. Hammond's objections to those questions, during which the Government asked for Mr. Hammond to be held in civil contempt. Upon consideration of the questions posed to Mr. Hammond, his objections thereto, and the arguments of counsel at the September 12, 2019 hearing, it is hereby

ORDERED that Jeremy Hammond's objections to the grand jury questions be, and the same hereby are, OVERRULED; and it is further

ORDERED that Jeremy Hammond appear before the grand jury when it next meets; and answer fully the seven questions to which he objected.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 12, 2019