UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :  Case No. 1:19-dm-50 |
| JOHN DOE 2010R03793 | :  UNDER SEAL |

## NOTICE OF APPEAL

Notice is hereby given that Jeremy Hammond, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order finding Mr. Hammond in civil contempt for refusing to testify before the grand jury entered in this action on the 10th day of October, 2019.

JEREMY HAMMOND
By Counsel

Jeffrey Zimmerman, Esquire
Virginia State Bar No. 38858
Jeffrey Zimmerman, PLLC
108 N. Alfred Street
Alexandria, VA 22314
Tel: (703) 548-8911  Fax: (703) 548-8935
Email Address: www.zimpacer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October 2019, a true and accurate copy of the foregoing was served on Gordon Kromberg, Assistant United States Attorney, 2100 Jamieson Ave, Alexandria, Virginia, 22314

Jeffrey Zimmerman