IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

**UNDER SEAL**

Alexandria Division

(Pursuant to Local Criminal
Rule 49 and Fed. R. Crim. P. 6(e))

|  |  |  |
|---|---|---|
| GRAND JURY CASE NO. 10-GJ-3793 | ) | Case No. 1:19-dm-50 |
|  | ) |  |
|  | ) | GRAND JURY NO. 19-3 |

ORDER

This matter comes before the Court on the government's unopposed motion to unseal filings in the above-captioned case. The government's motion is GRANTED. Accordingly:

1. The Clerk shall unseal the documents in the following docket entries:

- Dkt 2—    Order, September 10, 2019
- Dkt 3—    Letter to the Court, August 21, 2019
- Dkt 4—    Government's Response in Opposition to Motion for an Order to Show Cause
- Dkt 10 —  Order, September 11, 2019
- Dkt 12 —  Order, September 12, 2019
- Dkt 14 —  Order, October 10, 2019
- Dkt 15 —  Notice of Appeal

2. The Clerk shall file on the public docket the documents, marked as "REDACTED", and attached to the Government's motion of November 18, 2019, that have been redacted from the following documents already filed under seal:

- Dkt 1 —   Motion and Memorandum of Law in Support of an Order to Show Cause as to Why the Government's Writ Summoning Testimony and this Court's Immunity Compulsion Order Should Not be Quashed, Stayed, or Vacated
- Dkt 20 —  Transcript of Hearing, September 12, 2019
- Dkt 21 —  Transcript of Hearing, October 10, 2019
- Dkt 24 —Objections to Compelling Mr. Hammond's Testimony Before the Grand Jury and Motion for a "Just Cause" Hearing

Grand Jury Case No. 10-GJ-3793, No. 1:19dm50
Order
Page 2

3. The Clerk shall issue a revised docket for this matter, also including the following items,

both of which shall be unsealed:

- the Application for Compulsion Order for the testimony of Jeremy Hammond, entered on August 20, 2019
- Transcript of Hearing in this matter on September 11, 2019

4. The Clerk shall unseal the motion for this Order, and this Order.

5. Documents filed in all other docket entries shall remain under seal until further order of the

Court.

IT IS SO ORDERED.

_____
Anthony J. Trenga
United States District Judge