UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE 2010R03793 ) | 1-19-dm-00050-AJT |
| ) | |
| JEREMY HAMMOND, ) | |
| ) | |
| Movant ) | |
| _____) | |

## NOTICE OF MOTION

Comes now, Jeremy Hammond, pursuant to 28 U.S.C. § 1826, moves this Court to vacate the sanctions imposed upon him, as these sanctions are punitive, and not coercive, thereby exceeding their lawful civil function. Mr. Hammond joins in the legal arguments contained in the Memorandum of Law submitted by Chelsea Manning in her Motion to Release Witness (Document 31 in *In Re Grand Jury Subpoena*, 19-dm-00012-AJT, filed February 19, 2020), and submits his own Attorney Affirmation, Declaration in Support and Appendix of Exhibits.

Respectfully submitted,

JEREMY HAMMOND,
By Counsel

Dated: March 11, 2020

JEFFREY D. ZIMMERMAN
VA Bar #38858
Jeffrey Zimmerman, PLLC
108 N. Alfred St.
Alexandria, VA 22314
Tel: (703) 548-8911
Fax (703) 548-8935
zimpacer@gmail.com

1

SUSAN G. KELLMAN
*Admitted Pro Hac Vice*
NY Bar #1174093
Law Offices of Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
Tel: (718) 783-8200  Fax (718) 783-8226
sgk@kellmanesq.com

SARAH KUNSTLER
*Admitted Pro Hac Vice*
NY Bar #4287199
Law Office of Sarah Kunstler
315 Flatbush Avenue
Brooklyn, NY 11217
Tel: (718) 783-3682  Fax (347) 402-2014
sarah@kunstlerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2020, a true and accurate copy of the foregoing was served on Gordon Kromberg, Assistant United States Attorney, 2100 Jamieson Ave, Alexandria, Virginia, 22314, Gordon.Kromberg@usdoj.gov

Jeffrey Zimmerman