IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Grand Jury 19-3 |
| ) | Case No. 1:19-dm-50 |
| JOHN DOE 2010R03793 ) | |
| ) | |
| ) | |
| ) | |

## **ORDER**

By Order dated August 20, 2019 [Doc. 27], the Court granted Jeremy Hammond full use and derivative use immunity, pursuant to 18 U.S.C. § 6002, and ordered Mr. Hammond to testify and provide other information in the above-captioned grand jury proceeding ("Grand Jury").

By Order dated October 10, 2019 [Doc. 14], the Court found that Mr. Hammond would persist in his refusal to testify before the Grand Jury, that he willfully violated the Court's prior order to testify before the Grand Jury, and that he did not have just cause not to testify before the Grand Jury, *id.* at 1. Accordingly, the Court held Mr. Hammond in civil contempt, determined that a coercive sanction against Mr. Hammond was appropriate, and remanded Mr. Hammond to the custody of the Attorney General until such time as he purges himself of contempt or for the life of the Grand Jury, but in no event longer than 18 months. *Id.*

On March 11, 2020, Mr. Hammond, through counsel, filed a Motion to Vacate Sanctions and Declaration by Jeremy Hammond [Doc. 40] (the "Motion"), in which Mr. Hammond reaffirmed his "ongoing refusal to comply with this Court's order to testify in front of the grand jury," *id.* at 1, and moves this Court to vacate the civil contempt sanction imposed against him, [Doc. 40-1 at 1].

By Order dated March 12, 2020, after finding that the business of Grand Jury 19-3 had concluded, the Court dismissed Grand Jury 19-3.

Upon consideration of the Court's October 10, 2019 Order, the Motion, and the Court's March 12, 2020 Order discharging Grand Jury 19-3, the Court finds that Mr. Hammond's appearance before the Grand Jury is no longer needed, in light of which his detention no longer serves any coercive purpose. Accordingly, it is hereby

ORDERED that Jeremy Hammond no longer be detained for the purpose of testifying before the now discharged Grand Jury; and that he be **RETURNED** to the custody of the Bureau of Prisons to serve the remainder of his currently pending sentence of incarceration; and it is further

ORDERED that Jeremy Hammond's Motion [Doc. 40] be, and the same hereby is, **DENIED** as moot; and it is further

ORDERED that the status conference in this matter, currently scheduled for Friday, March 13, 2020 at 3:30 p.m. be, and the same hereby is, **CANCELLED**.

The Clerk is directed to forward a copy of this Order to all counsel of record, to the United States Marshals, and to the Bureau of Prisons.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 12, 2020